**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: DAHL, ROBERT M | § | Case No. 13-83271 |
| DAHL, TWILA L | § | |
| | § | |
| Debtor(s) | § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on September 21, 2013. The undersigned trustee was appointed on December 16, 2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of        $        300,000.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 128,600.82 |
   | Bank service fees | 439.61 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1]    $ | 170,959.57 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 03/10/2014 and the deadline for filing governmental claims was 03/20/2014. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $11,506.34. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $11,506.34, for a total compensation of $11,506.34.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $97.57, for total expenses of $97.57.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/27/2018     By: /s/JOSEPH D. OLSEN
                          Trustee, Bar No.:

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-83271  
**Case Name:** DAHL, ROBERT M  
DAHL, TWILA L  
**Period Ending:** 11/27/18

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 09/21/13 (f)  
**§341(a) Meeting Date:** 10/24/13  
**Claims Bar Date:** 03/10/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Ref. # Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1  checking accounts w/ Wells Fargo | 1,400.00 | 0.00 | | 0.00 | FA |
| 2  checking account w/ Wells Fargo | 1,000.00 | 0.00 | | 0.00 | FA |
| 3  savings account w/ Wells Fargo | 325.00 | 0.00 | | 0.00 | FA |
| 4  savings account w/ Wells Fargo | 400.00 | 0.00 | | 0.00 | FA |
| 5  older household fuurniture & personal belongings | 750.00 | 0.00 | | 0.00 | FA |
| 6  necessary wearing apparel | 300.00 | 0.00 | | 0.00 | FA |
| 7  wedding rings & misc. costume jewelry | 200.00 | 0.00 | | 0.00 | FA |
| 8  whole life policy w/ Investors Life Ins. Co | 4,800.00 | 0.00 | | 0.00 | FA |
| 9  1995 Geo Prizm | 500.00 | 0.00 | | 0.00 | FA |
| 10  1998 Chevy Lumuna | 500.00 | 0.00 | | 0.00 | FA |
| 11  desk, printers, computers | 500.00 | 0.00 | | 0.00 | FA |
| 12  Mesh Implant P/L or P.I. case  (u) | Unknown | 50,000.00 | | 300,000.00 | FA |
| 12  Assets  Totals (Excluding unknown values) | $10,675.00 | $50,000.00 | | $300,000.00 | $0.00 |

**Major Activities Affecting Case Closing:**

This is a multi-district consolidated action in which the governing court is in the U.S. Dist. Ct., S.D. West Virginia (NDL 2387).  The court is selecting "WAVE1" cases to go forward.  Accordingly, you wait for certain trials to go forward and then the entire industry decides on the result of those trials, how much of a settlement to give to the group at large so they do not have to try every case.  On December 13, 2016 was notified this case was okay for settlement at $300,000.00 (see email attached) Will try and move this along to court approval and actually get settlement funds as soon as possible. Hope to have Final Report done before December 31, 2017

A formalized settlement agreement has been reached and the motion to compromise a controversy has been approved by the bankruptcy court as of December 20, 2017 unfortuneately the settlement even at $300,000.00 has only been funded for some unknown reason at $270,000.00. Nonetheless we are finalizing the settlement documents and when the releases are appropriately signed the Trustee should receive the funds in the first quarter of 2018 and certainly the final report should be on file somewhere before the end of the year of 2018.

**Initial Projected Date Of Final Report (TFR):**   December 31, 2018        **Current Projected Date Of Final Report (TFR):**   December 31, 2018

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 13-83271  
**Case Name:** DAHL, ROBERT M  
DAHL, TWILA L  
**Taxpayer ID #:** **-***6005  
**Period Ending:** 11/27/18

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******9266 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 08/27/18 | | Wagstaff Cartmell Coloplast Settlement Fund | Settlement of Coloplast pelvic implant litigation. | | | 282,911.80 | | 282,911.80 |
| | {12} | | Gross Proceeds | 300,000.00 | 1242-000 | | | 282,911.80 |
| | | | Common Benefit Assessment Fees - See Distribution Worksheet | -9,000.00 | 3991-000 | | | 282,911.80 |
| | | | Common Benefit Assessment Costs - See Distribution Worksheet | -6,000.00 | 3992-000 | | | 282,911.80 |
| | | | Lien Payments - See Distribution Worksheet | -888.20 | 3991-000 | | | 282,911.80 |
| | | | Lien Resolution Fees - See Distribution Worksheet | -950.00 | 3991-000 | | | 282,911.80 |
| | | | VOE Fees - See Distribution Worksheet | -150.00 | 3991-000 | | | 282,911.80 |
| | | | QSF Administration Fees - See Distribution Worksheet | -100.00 | 3991-000 | | | 282,911.80 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 40.69 | 282,871.11 |
| 09/04/18 | 101 | Phillips Law Offices | Contingent atty's fees and expenses re personal injury cause of action per Doc 22 | | | | 99,512.62 | 183,358.49 |
| | | | Contingent attorney fees per 1/17/2018 order (Doc 22) | 99,000.00 | 3210-600 | | | 183,358.49 |
| | | | Personal Injury attorney case expenses per 1/17/2018 Order (Doc 22) | 512.62 | 3220-610 | | | 183,358.49 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 216.99 | 183,141.50 |
| 10/18/18 | 102 | Phillips Law Offices | Supplemental Compensation and Expenses to Personal Injury Attorney per 10/17/2018 Order (Doc 28) Voided on 10/19/18 | | 3210-604 | | 12,250.00 | 170,891.50 |
| 10/19/18 | 102 | Phillips Law Offices | Supplemental Compensation and Expenses to Personal Injury Attorney per 10/17/2018 Order (Doc 28) Voided: check issued on 10/18/18 | | 3210-604 | | -12,250.00 | 183,141.50 |
| 10/19/18 | 103 | Phillips Law Offices | Supplemental Compensation to Personal Injury | | 3210-600 | | 12,000.00 | 171,141.50 |

Subtotals : $282,911.80   $111,770.30

{} Asset reference(s)

Printed: 11/27/2018 02:45 PM    V.14.14

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 13-83271  
**Case Name:** DAHL, ROBERT M  
DAHL, TWILA L  
**Taxpayer ID #:** **-***6005  
**Period Ending:** 11/27/18

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******9266 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Attorney per 10/17/2018 Order (Doc 28) | | | | |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 181.93 | 170,959.57 |
| | | | **ACCOUNT TOTALS** | | 282,911.80 | 111,952.23 | **$170,959.57** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 282,911.80 | 111,952.23 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$282,911.80** | **$111,952.23** | |

| | | | | |
|---|---|---|---|---|
| Net Receipts : | 282,911.80 | | | |
| Plus Gross Adjustments : | 17,088.20 | | | |
| Net Estate : | $300,000.00 | | | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******9266** | 282,911.80 | 111,952.23 | 170,959.57 |
| | **$282,911.80** | **$111,952.23** | **$170,959.57** |

{} Asset reference(s)

Printed: 11/27/2018 02:45 PM    V.14.14

providio

**Coloplast TVM Claimants - Master**
Providio MediSolutions, LLC - Q

| A) Claimant Number | B) Claimant SS Number | C) Law Firm Name | D) Claimant Name (last, first) | E) QSF Cleared | F) PLC Final Cleared | G) WC Final Cleared | H) Award Amount to Claimant | I) Less 3% Reduction for Common Benefit Assessment Fees | J) Less 2% Reduction for Common Benefit Assessment Costs | K) Award Amount To Claimant After Assessments | L) Less Lien Holdback Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 430SO-41 | -5999 | Wagstaff Cartmell | Dahl, Twila | YES | YES | Release 22 | $ 300,000.00 | $ 9,000.00 | $ 6,000.00 | $ 285,000.00 | $ - |
| 1 | | | | | | | $ 300,000.00 | $ 9,000.00 | $ 6,000.00 | $ 285,000.00 | $ - |

**Distribution Worksheet**
SF Administrator

| M) Less Lien Payments | N) Less Lien Resolution Fees | O) Less VOE Fees | P) Less QSF Administration Fees | Q) Equals Payment Available for Claimant Distribution | R) Less Previous Payments made to Claimant | S) Less Other Disbursement Payments to 3rd Parties for Structured Settlements, SNT's, Deferred Atty Fees, and Others | T) Less Other Disbursement Holdbacks, i.e. Structured Settlements, SNT's, Deferred Atty Fees, Others | U) Equals Current Net Payment to 3rd Parties for Structured Settlements, SNT's, and Others | V) Equals Current Payment to Law Firm for Fees, Expenses, and Claimant Distribution | Law Firm Distribution Approval (Type Yes/No) - A YES MEANS, YOU AGREE TO THE AMOUNT BEING PAID IN COLUMN V (If Columns T & U have a disbursement holdback & you want that amount released, type "No" & we will issue an updated Master Distribution Worksheet) |
|---|---|---|---|---|---|---|---|---|---|---|
| $ 888.20 | $ 950.00 | $ 150.00 | $ 100.00 | $ 282,911.80 | $ - | $ 282,911.80 | $ - | $ - | $ - | |
| $ 888.20 | $ 950.00 | $ 150.00 | $ 100.00 | $ 282,911.80 | $ - | $ 282,911.80 | $ - | $ - | $ - | |

# Exhibit "C" - Analysis of Claims Register

## Case: 13-83271    DAHL, ROBERT M

**Case Balance:** $170,959.57     **Total Proposed Payment:** $170,959.57     **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | Attorney Joseph D Olsen <br> <3110-00   Attorney for Trustee Fees (Trustee Firm)> | Admin Ch. 7 | 2,431.00 | 2,431.00 | 0.00 | 2,431.00 | 2,431.00 | 168,528.57 |
| | JOSEPH D. OLSEN <br> <2200-00   Trustee Expenses> | Admin Ch. 7 | 97.57 | 97.57 | 0.00 | 97.57 | 97.57 | 168,431.00 |
| | JOSEPH D. OLSEN <br> <2100-00   Trustee Compensation> | Admin Ch. 7 | 11,506.34 | 11,506.34 | 0.00 | 11,506.34 | 11,506.34 | 156,924.66 |
| 1P | Illinois Department of Revenue | Priority | 900.85 | 900.85 | 0.00 | 900.85 | 900.85 | 156,023.81 |
| 3P | Internal Revenue Service | Priority | 5,164.19 | 5,164.19 | 0.00 | 5,164.19 | 5,164.19 | 150,859.62 |
| 1U | Illinois Department of Revenue | Unsecured | 131.46 | 131.46 | 0.00 | 131.46 | 131.46 | 150,728.16 |
| 2 | Discover Bank | Unsecured | 11,902.36 | 11,902.36 | 0.00 | 11,902.36 | 11,902.36 | 138,825.80 |
| 3U | Internal Revenue Service | Unsecured | 1,370.26 | 1,370.26 | 0.00 | 1,370.26 | 1,370.26 | 137,455.54 |
| 4 | Quantum3 Group LLC as agent for | Unsecured | 933.95 | 933.95 | 0.00 | 933.95 | 933.95 | 136,521.59 |
| 5 | Wells Fargo Card Ser | Unsecured | 659.01 | 659.01 | 0.00 | 659.01 | 659.01 | 135,862.58 |
| 6 | The Center for Internal Medicine | Unsecured | 520.00 | 520.00 | 0.00 | 520.00 | 520.00 | 135,342.58 |
| 7 | American InfoSource LP as agent for | Unsecured | 353.07 | 353.07 | 0.00 | 353.07 | 353.07 | 134,989.51 |
| 2I | Discover Bank | Unsecured | 63.13 | 63.13 | 0.00 | 63.13 | 63.13 | 134,926.38 |
| 4I | Quantum3 Group LLC as agent for | Unsecured | 4.95 | 4.95 | 0.00 | 4.95 | 4.95 | 134,921.43 |
| 5I | Wells Fargo Card Ser | Unsecured | 3.50 | 3.50 | 0.00 | 3.50 | 3.50 | 134,917.93 |
| 6I | The Center for Internal Medicine | Unsecured | 2.76 | 2.76 | 0.00 | 2.76 | 2.76 | 134,915.17 |
| 7I | American InfoSource LP as agent for | Unsecured | 1.87 | 1.87 | 0.00 | 1.87 | 1.87 | 134,913.30 |
| 1PI | Illinois Department of Revenue | Unsecured | 4.78 | 4.78 | 0.00 | 4.78 | 4.78 | 134,908.52 |
| 1UI | Illinois Department of Revenue | Unsecured | 0.70 | 0.70 | 0.00 | 0.70 | 0.70 | 134,907.82 |
| 3PI | Internal Revenue Service | Unsecured | 27.39 | 27.39 | 0.00 | 27.39 | 27.39 | 134,880.43 |
| 3UI | Internal Revenue Service | Unsecured | 7.27 | 7.27 | 0.00 | 7.27 | 7.27 | 134,873.16 |
| SURPLUS | DAHL, ROBERT M | Unsecured | 134,873.16 | 134,873.16 | 0.00 | 134,873.16 | 134,873.16 | 0.00 |

## Exhibit "C" -  Analysis of Claims Register

### Case:  13-83271    DAHL, ROBERT M

| Case Balance: | $170,959.57 | Total Proposed Payment: | $170,959.57 | Remaining Balance: | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | **Total for Case 13-83271 :** | | **$170,959.57** | **$170,959.57** | **$0.00** | **$170,959.57** | **$170,959.57** | |

### CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| **Total Administrative Claims :** | $14,034.91 | $14,034.91 | $0.00 | $14,034.91 | 100.000000% |
| **Total Priority Claims :** | $6,065.04 | $6,065.04 | $0.00 | $6,065.04 | 100.000000% |
| **Total Unsecured Claims :** | $150,859.62 | $150,859.62 | $0.00 | $150,859.62 | 100.000000% |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 13-83271
Case Name: DAHL, ROBERT M
Trustee Name: JOSEPH D. OLSEN

**Balance on hand:**    $    170,959.57

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:    $    0.00
Remaining balance:    $    170,959.57

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 11,506.34 | 0.00 | 11,506.34 |
| Trustee, Expenses - JOSEPH D. OLSEN | 97.57 | 0.00 | 97.57 |
| Attorney for Trustee, Fees - Attorney Joseph D Olsen | 2,431.00 | 0.00 | 2,431.00 |

Total to be paid for chapter 7 administration expenses:    $    14,034.91
Remaining balance:    $    156,924.66

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:    $    0.00
Remaining balance:    $    156,924.66

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $6,065.04 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P | Illinois Department of Revenue | 900.85 | 0.00 | 900.85 |
| 3P | Internal Revenue Service | 5,164.19 | 0.00 | 5,164.19 |

**UST Form 101-7-TFR (05/1/2011)**

|  |  | Total to be paid for priority claims: | $ | 6,065.04 |
|--|--|--|--|--|
|  |  | Remaining balance: | $ | 150,859.62 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 15,870.11 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|--|--|--|--|--|
| 1U | Illinois Department of Revenue | 131.46 | 0.00 | 131.46 |
| 2 | Discover Bank | 11,902.36 | 0.00 | 11,902.36 |
| 3U | Internal Revenue Service | 1,370.26 | 0.00 | 1,370.26 |
| 4 | Quantum3 Group LLC as agent for | 933.95 | 0.00 | 933.95 |
| 5 | Wells Fargo Card Ser | 659.01 | 0.00 | 659.01 |
| 6 | The Center for Internal Medicine | 520.00 | 0.00 | 520.00 |
| 7 | American InfoSource LP as agent for | 353.07 | 0.00 | 353.07 |

|  | Total to be paid for timely general unsecured claims: | $ | 15,870.11 |
|--|--|--|--|
|  | Remaining balance: | $ | 134,989.51 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|--|--|--|--|--|
|  | None |  |  |  |

|  | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|--|--|--|--|
|  | Remaining balance: | $ | 134,989.51 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: **$** 0.00
Remaining balance: **$** 134,989.51

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.1% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $116.35. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 134,873.16.

**UST Form 101-7-TFR (05/1/2011)**