**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | |
|---|---|
| In re:  DAHL, ROBERT M.<br>         DAHL, TWILA L.<br><br>Debtor(s) | Chapter 7<br><br>Case No. 13-83271<br><br>JUDGE THOMAS M. LYNCH |

## CERTIFICATE OF SERVICE

The undersigned certifies that on December 11, 2018, she served upon all persons to whom it is directed via electronic communication as indicated below and by United States Mail as indicated on the attached service list, a copy of the Notice of Trustee's Final Report.

Attorney Jason Kunowski
Eric Pratt Law Firm, P.C.
3957 N. Mulford Road, Suite C
Rockford, IL  61114
rockford@jordanpratt.com

Patrick Layng
Office of the U.S. Trustee
780 Regent Street, Suite 304
Madison, WI 53715
USTPRegion11.MD.ECF@usdoj.gov

                                                      /s/ Colleen M. Lemek


Joseph D. Olsen, Trustee
YALDEN, OLSEN & WILLETTE
1318 East State Street
Rockford, IL 61104-2228
815-965-8635 (phone)
815-965-4573 (fax)
jolsenlaw@comcast.net

NFR Certificate of Service.wpd

SERVICE LIST

| | |
|---|---|
| Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago IL  60664-0338 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany OH  43054-3025 |
| Internal Revenue Service<br>Kansas City MO  64999 | Quantum3 Group LLC<br>as agent for Comenity Bank<br>PO Box 788<br>Kirkland WA  98083-0788 |
| Wells Fargo Card Ser<br>1 Home Campus, 3rd Floor<br>Des Moines IA  50328 | The Center for Internal Medicine<br>Dr. Paul Tack<br>501 N. Riverside Dr., Suite 216<br>Gurnee, IL  60031 |
| American InfoSource LP<br>as agent for T Mobile/T-Mobile USA Inc.<br>PO Box 248848<br>Oklahoma City, OK  73124-8848 | Robert M. Dahl<br>1 Sherwood Court<br>Lake in the Hills, IL  60156-5929 |
| Twila L. Dahl<br>1 Sherwood Court<br>Lake in the Hills, IL  60156-5929 | |