**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: DAHL, ROBERT M                                    § Case No. 13-83271
        DAHL, TWILA L                                    §
                                                         §
Debtor(s)                                                §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

   JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $10,675.00                    Assets Exempt: $10,675.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $22,051.50     Claims Discharged
                                                Without Payment: $0.00

Total Expenses of Administration: $143,075.34

---

   3) Total gross receipts of $ 300,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 134,873.16 (see **Exhibit 2**), yielded net receipts of $165,126.84 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 143,075.34 | 143,075.34 | 143,075.34 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 6,065.04 | 6,065.04 | 6,065.04 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 15,986.46 | 15,986.46 | 15,986.46 |
| **TOTAL DISBURSEMENTS** | $0.00 | $165,126.84 | $165,126.84 | $165,126.84 |

4) This case was originally filed under Chapter 7 on September 21, 2013. The case was pending for 65 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/12/2019          By: /s/JOSEPH D. OLSEN
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Mesh Implant P/L or P.I. case | 1242-000 | 300,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$300,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| ROBERT M. DAHL AND TWILA L. DAHL | Surplus Funds Paid to Debtor | 8200-002 | 134,873.16 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$134,873.16** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - JOSEPH D. OLSEN | 2100-000 | N/A | 11,506.34 | 11,506.34 | 11,506.34 |
| Trustee Expenses - JOSEPH D. OLSEN | 2200-000 | N/A | 97.57 | 97.57 | 97.57 |
| Attorney for Trustee Fees (Trustee Firm) - Attorney Joseph D Olsen | 3110-000 | N/A | 2,431.00 | 2,431.00 | 2,431.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 40.69 | 40.69 | 40.69 |
| Other - Phillips Law Offices | 3210-600 | N/A | 99,000.00 | 99,000.00 | 99,000.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Phillips Law Offices | 3220-610 | N/A | 512.62 | 512.62 | 512.62 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 216.99 | 216.99 | 216.99 |
| Other - Phillips Law Offices | 3210-600 | N/A | 12,000.00 | 12,000.00 | 12,000.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 181.93 | 181.93 | 181.93 |
| Other - Wagstaff Cartmell Coloplast Settlement Fund | 3991-000 | N/A | 9,000.00 | 9,000.00 | 9,000.00 |
| Other - Wagstaff Cartmell Coloplast Settlement Fund | 3992-000 | N/A | 6,000.00 | 6,000.00 | 6,000.00 |
| Other - Wagstaff Cartmell Coloplast Settlement Fund | 3991-000 | N/A | 888.20 | 888.20 | 888.20 |
| Other - Wagstaff Cartmell Coloplast Settlement Fund | 3991-000 | N/A | 950.00 | 950.00 | 950.00 |
| Other - Wagstaff Cartmell Coloplast Settlement Fund | 3991-000 | N/A | 150.00 | 150.00 | 150.00 |
| Other - Wagstaff Cartmell Coloplast Settlement Fund | 3991-000 | N/A | 100.00 | 100.00 | 100.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $143,075.34 | $143,075.34 | $143,075.34 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | Illinois Department of Revenue | 5800-000 | N/A | 900.85 | 900.85 | 900.85 |
| 3P | Internal Revenue Service | 5800-000 | N/A | 5,164.19 | 5,164.19 | 5,164.19 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $6,065.04 | $6,065.04 | $6,065.04 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | Illinois Department of Revenue | 7100-000 | N/A | 131.46 | 131.46 | 131.46 |
| 2 | Discover Bank | 7100-000 | N/A | 11,902.36 | 11,902.36 | 11,902.36 |
| 2I | Discover Bank | 7990-000 | N/A | 63.13 | 63.13 | 63.13 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 3U | Internal Revenue Service | 7100-000 | N/A | 1,370.26 | 1,370.26 | 1,370.26 |
| 4 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 933.95 | 933.95 | 933.95 |
| 4I | Quantum3 Group LLC as agent for | 7990-000 | N/A | 4.95 | 4.95 | 4.95 |
| 5 | Wells Fargo Card Ser | 7100-000 | N/A | 659.01 | 659.01 | 659.01 |
| 5I | Wells Fargo Card Ser | 7990-000 | N/A | 3.50 | 3.50 | 3.50 |
| 6 | The Center for Internal Medicine | 7100-000 | N/A | 520.00 | 520.00 | 520.00 |
| 6I | The Center for Internal Medicine | 7990-000 | N/A | 2.76 | 2.76 | 2.76 |
| 7 | American InfoSource LP as agent for | 7100-000 | N/A | 353.07 | 353.07 | 353.07 |
| 7I | American InfoSource LP as agent for | 7990-000 | N/A | 1.87 | 1.87 | 1.87 |
| 1PI | Illinois Department of Revenue | 7990-000 | N/A | 4.78 | 4.78 | 4.78 |
| 1UI | Illinois Department of Revenue | 7990-000 | N/A | 0.70 | 0.70 | 0.70 |
| 3PI | Internal Revenue Service | 7990-000 | N/A | 27.39 | 27.39 | 27.39 |
| 3UI | Internal Revenue Service | 7990-000 | N/A | 7.27 | 7.27 | 7.27 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $15,986.46 | $15,986.46 | $15,986.46 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-83271  
**Case Name:** DAHL, ROBERT M  
DAHL, TWILA L  
**Period Ending:** 03/12/19

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 09/21/13 (f)  
**§341(a) Meeting Date:** 10/24/13  
**Claims Bar Date:** 03/10/14

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | checking accounts w/ Wells Fargo | 1,400.00 | 0.00 | | 0.00 | FA |
| 2 | checking account w/ Wells Fargo | 1,000.00 | 0.00 | | 0.00 | FA |
| 3 | savings account w/ Wells Fargo | 325.00 | 0.00 | | 0.00 | FA |
| 4 | savings account w/ Wells Fargo | 400.00 | 0.00 | | 0.00 | FA |
| 5 | older household fuurniture & personal belongings | 750.00 | 0.00 | | 0.00 | FA |
| 6 | necessary wearing apparel | 300.00 | 0.00 | | 0.00 | FA |
| 7 | wedding rings & misc. costume jewelry | 200.00 | 0.00 | | 0.00 | FA |
| 8 | whole life policy w/ Investors Life Ins. Co | 4,800.00 | 0.00 | | 0.00 | FA |
| 9 | 1995 Geo Prizm | 500.00 | 0.00 | | 0.00 | FA |
| 10 | 1998 Chevy Lumuna | 500.00 | 0.00 | | 0.00 | FA |
| 11 | desk, printers, computers | 500.00 | 0.00 | | 0.00 | FA |
| 12 | Mesh Implant P/L or P.I. case (u) | Unknown | 50,000.00 | | 300,000.00 | FA |
| 12 | **Assets** **Totals** (Excluding unknown values) | **$10,675.00** | **$50,000.00** | | **$300,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

This is a multi-district consolidated action in which the governing court is in the U.S. Dist. Ct., S.D. West Virginia (NDL 2387). The court is selecting "WAVE1" cases to go forward. Accordingly, you wait for certain trials to go forward and then the entire industry decides on the result of those trials, how much of a settlement to give to the group at large so they do not have to try every case. On December 13, 2016 was notified this case was okay for settlement at $300,000.00 (see email attached) Will try and move this along to court approval and actually get settlement funds as soon as possible. Hope to have Final Report done before December 31, 2017

A formalized settlement agreement has been reached and the motion to compromise a controversy has been approved by the bankruptcy court as of December 20, 2017 unfortuneately the settlement even at $300,000.00 has only been funded for some unknown reason at $270,000.00. Nonetheless we are finalizing the settlement documents and when the releases are appropriately signed the Trustee should receive the funds in the first quarter of 2018 and certainly the final report should be on file somewhere before the end of the year of 2018.

**Initial Projected Date Of Final Report (TFR):** December 31, 2018  **Current Projected Date Of Final Report (TFR):** December 11, 2018 (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 13-83271 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | DAHL, ROBERT M | | Bank Name: | Rabobank, N.A. |
| | DAHL, TWILA L | | Account: | ******9266 - Checking Account |
| Taxpayer ID #: | **-***6005 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 03/12/19 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/27/18 | | Wagstaff Cartmell Coloplast Settlement Fund | Settlement of Coloplast pelvic implant litigation. | | | 282,911.80 | | 282,911.80 |
| | {12} | | Gross Proceeds | 300,000.00 | 1242-000 | | | 282,911.80 |
| | | | Common Benefit Assessment Fees - See Distribution Worksheet | -9,000.00 | 3991-000 | | | 282,911.80 |
| | | | Common Benefit Assessment Costs - See Distribution Worksheet | -6,000.00 | 3992-000 | | | 282,911.80 |
| | | | Lien Payments - See Distribution Worksheet | -888.20 | 3991-000 | | | 282,911.80 |
| | | | Lien Resolution Fees - See Distribution Worksheet | -950.00 | 3991-000 | | | 282,911.80 |
| | | | VOE Fees - See Distribution Worksheet | -150.00 | 3991-000 | | | 282,911.80 |
| | | | QSF Administration Fees - See Distribution Worksheet | -100.00 | 3991-000 | | | 282,911.80 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 40.69 | 282,871.11 |
| 09/04/18 | 101 | Phillips Law Offices | Contingent atty's fees and expenses re personal injury cause of action per Doc 22 | | | | 99,512.62 | 183,358.49 |
| | | | Contingent attorney fees per 1/17/2018 order (Doc 22) | 99,000.00 | 3210-600 | | | 183,358.49 |
| | | | Personal Injury attorney case expenses per 1/17/2018 Order (Doc 22) | 512.62 | 3220-610 | | | 183,358.49 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 216.99 | 183,141.50 |
| 10/18/18 | 102 | Phillips Law Offices | Supplemental Compensation and Expenses to Personal Injury Attorney per 10/17/2018 Order (Doc 28) Voided on 10/19/18 | | 3210-604 | | 12,250.00 | 170,891.50 |
| 10/19/18 | 102 | Phillips Law Offices | Supplemental Compensation and Expenses to Personal Injury Attorney per 10/17/2018 Order (Doc 28) Voided: check issued on 10/18/18 | | 3210-604 | | -12,250.00 | 183,141.50 |
| 10/19/18 | 103 | Phillips Law Offices | Supplemental Compensation to Personal Injury | | 3210-600 | | 12,000.00 | 171,141.50 |

Subtotals :         $282,911.80         $111,770.30

{} Asset reference(s)          Printed: 03/12/2019 04:41 PM      V.14.50

## Form 2

### Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 13-83271  
**Case Name:** DAHL, ROBERT M  
DAHL, TWILA L  
**Taxpayer ID #:** **-***6005  
**Period Ending:** 03/12/19

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******9266 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | | Attorney per 10/17/2018 Order (Doc 28) | | | | | |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 181.93 | 170,959.57 |
| 01/08/19 | 104 | Illinois Department of Revenue | | | | | 1,037.79 | 169,921.78 |
| | | | Payment of Claim 1P | 900.85 | 5800-000 | | | 169,921.78 |
| | | | Payment of Claim 1U | 131.46 | 7100-000 | | | 169,921.78 |
| | | | Interest payment on Claim 1P | 4.78 | 7990-000 | | | 169,921.78 |
| | | | Interest payment on Claim 1U | 0.70 | 7990-000 | | | 169,921.78 |
| 01/08/19 | 105 | Discover Bank | | | | | 11,965.49 | 157,956.29 |
| | | | Payment of Claim 2 | 11,902.36 | 7100-000 | | | 157,956.29 |
| | | | Interest payment on Claim 2 | 63.13 | 7990-000 | | | 157,956.29 |
| 01/08/19 | 106 | Internal Revenue Service | | | | | 6,569.11 | 151,387.18 |
| | | | Payment of Claim 3P | 5,164.19 | 5800-000 | | | 151,387.18 |
| | | | Payment of Claim 3U | 1,370.26 | 7100-000 | | | 151,387.18 |
| | | | Interest payment on Claim 3P | 27.39 | 7990-000 | | | 151,387.18 |
| | | | Interest payment on Claim 3U | 7.27 | 7990-000 | | | 151,387.18 |
| 01/08/19 | 107 | Quantum3 Group LLC as agent for | | | | | 938.90 | 150,448.28 |
| | | | Payment of Claim 4 | 933.95 | 7100-000 | | | 150,448.28 |
| | | | Interest payment on Claim 4 | 4.95 | 7990-000 | | | 150,448.28 |
| 01/08/19 | 108 | Wells Fargo Card Ser | | | | | 662.51 | 149,785.77 |
| | | | Payment of Claim 5 | 659.01 | 7100-000 | | | 149,785.77 |
| | | | Interest payment on Claim 5 | 3.50 | 7990-000 | | | 149,785.77 |
| 01/08/19 | 109 | The Center for Internal Medicine | | | | | 522.76 | 149,263.01 |
| | | | Payment of Claim 6 | 520.00 | 7100-000 | | | 149,263.01 |
| | | | Interest payment on Claim 6 | 2.76 | 7990-000 | | | 149,263.01 |
| 01/08/19 | 110 | American InfoSource LP as agent for | | | | | 354.94 | 148,908.07 |
| | | | Payment of Claim 7 | 353.07 | 7100-000 | | | 148,908.07 |
| | | | Interest payment on Claim 7 | 1.87 | 7990-000 | | | 148,908.07 |
| 01/08/19 | 111 | JOSEPH D. OLSEN | | | | | 14,034.91 | 134,873.16 |
| | | | Subtotals : | | | $0.00 | $36,268.34 | |

{} Asset reference(s)

Case 13-83271    Doc 37    Filed 04/18/19    Entered 04/18/19 11:05:22    Desc Main
Document    Page 9 of 9

Exhibit 9

## Form 2

### Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 13-83271
**Case Name:** DAHL, ROBERT M
 DAHL, TWILA L
**Taxpayer ID #:** **-***6005
**Period Ending:** 03/12/19

**Trustee:** JOSEPH D. OLSEN (330400)
**Bank Name:** Rabobank, N.A.
**Account:** ******9266 - Checking Account
**Blanket Bond:** $1,500,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | | Payment of Trustee Compensation per 1/2/19 Order (Doc 35) | 11,506.34 | 2100-000 | | | 134,873.16 |
| | | | Attorney for Trustee Fees per 1/2/2019 Order (Doc 36) | 2,431.00 | 3110-000 | | | 134,873.16 |
| | | | Trustee Expenses per 1/2/2019 Order (Doc 35) | 97.57 | 2200-000 | | | 134,873.16 |
| 01/08/19 | 112 | ROBERT M. DAHL AND TWILA L. DAHL | Surplus Funds Paid to Debtor | | 8200-002 | | 134,873.16 | 0.00 |
| | | | **ACCOUNT TOTALS** | | | 282,911.80 | 282,911.80 | $0.00 |
| | | | Less: Bank Transfers | | | 0.00 | 0.00 | |
| | | | **Subtotal** | | | 282,911.80 | 282,911.80 | |
| | | | Less: Payments to Debtors | | | | 134,873.16 | |
| | | | **NET Receipts / Disbursements** | | | $282,911.80 | $148,038.64 | |

| | |
|---|---|
| Net Receipts : | 282,911.80 |
| Plus Gross Adjustments : | 17,088.20 |
| Less Payments to Debtor : | 134,873.16 |
| Net Estate : | $165,126.84 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******9266** | 282,911.80 | 148,038.64 | 0.00 |
| | $282,911.80 | $148,038.64 | $0.00 |

{} Asset reference(s)

Printed: 03/12/2019 04:41 PM    V.14.50